Granval G. **HUNTER**, Petitioner–Appellant,

v.

Matthew **KRAMER**, Warden; et al., Respondents–Appellees.

No. 08–16791.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 15, 2010.

Granval G. Hunter, Folsom, CA, pro se.

Brian R. Means, Deputy Attorney General, United States Department of Justice, Sacramento, CA, Brian G. Smiley, Supervising Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

California state prisoner Granval G. Hunter appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Hunter contends that his time-barred habeas petition should be addressed on the merits because he is actually innocent of the conduct used to enhance his sentence. Because Hunter has failed to present any evidence of his innocence, the district court did not err by dismissing his petition. *See Schlup v. Delo,* 513 U.S. 298, 316–17, 115 S.Ct. 851, 130 L.Ed.2d 808 (1995).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

